# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlos Gonzalo Rea Lumbi

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01049 DWF/JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner’s petition for writ of habeas corpus (Doc. No. [1]) is GRANTED.
2. The Court DECLARES that Petitioner’s current detention is unlawful under the Constitution and laws of the United States.
3. Respondents are ORDERED to release Petitioner from custody immediately.
4. Within three (3) days of the date of this Order, Respondents shall provide the Court with a status update confirming Petitioner’s release.

5. Respondents are directed to release Petitioner:

   a. In Minnesota;

   b. With all personal documents and belongings, such as his driver's license, passport, other immigration documents, and cell phone;

   c. Without any conditions on release, including but not limited to requiring Petitioner to sign an "Order of Release on Recognizance" or requiring Petitioner to enroll and complete an "Alternatives to Detention" program;

   d. Without any tracking devices; and

   e. With all clothing and outerwear he was wearing at the time of detention, or other proper winter attire.

6. Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner.

7. Respondents are ENJOINED from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.

8. Within thirty (30) days of final judgment in this action, Petitioner may move to recover attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.

9. Petitioner's emergency motion to show cause (Doc. No. [4]) is GRANTED as follows:

a. By 12:00 p.m. CT on Tuesday, February 17, 2026, Respondents shall file a memorandum explaining their failure to comply with this Court's order dated February 4, 2026, by transferring Petitioner to Texas after its entry. (Doc. No. [3].) In the memorandum, Respondents shall:

i. Outline the timeline from Petitioner's arrest to Petitioner's transfer to

Texas;

ii. Identify the official(s) responsible for Petitioner's transfer from Minnesota to Texas;

iii. Attach any documentation of Petitioner's transfer;

iv. Produce any documentation of policies, processes, and procedures for transferring individuals detained as a part of Operation Metro Surge outside of Minnesota; and

v. Show cause why further remedial action should not be imposed.

b. Petitioner may file a reply by 12:00 p.m. CT on Friday, February 20, 2026.

c. The Court will determine whether a hearing is necessary after this matter is fully brief.

Date: 2/10/2026

KATE M. FOGARTY, CLERK